SCANNED at PCC and E-Mailed
E-FILED
Tuesday, 18 April, 2017  03:43:21 PM
Clerk, U.S. District Court, ILCD
4-18-17 (date) by _____ (initials)
(10) (# of pages)

UNITED STATES DISTRICT COURT CENTRAL PEORIA DIVISION

| | |
|---|---|
| STEVEN D. LISLE, JR # R40159 | ) Case No. |
| v. Plaintiff | ) COMPLAINT |
| DIRECTOR JOHN R. BALDWIN | ) JURY TRIAL-REQUESTED |
| Defendant(s) | ) |

I.      JURISDICTION & VENUE

1. This is a Civil action authorized by 42 U.S.C. Section 1983. 42 U.S.C. §120l et seq. (the Americans with Disabilities Act or "ADA" and 29 U.S.C. §794 (Section 504 of the Rehabilation Act) Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for inductive relief are authorized by 28 U.S.C section 2283 §2284 and Rules 65 of the Federal Rules of civil procedure. The Court has Jurisdiction under 28 U.S.C Section 1331 and 1343 (a)(3) The United States District Court for the Central District of Illinois is an appropriate venue and under 28 USC Section 1391(b)(2) because it is where the events giving rise to this claim occured

PLAINTIFFS

2. Plaintiff, Steven D Lisle Jr. is and was at all times mentioned here in a prisoner of the state of Illinois in the custody of the Illinois Department of corrections. He is currently Confined in Pontiac Correction Center in Pontiac Illinois

| DEFENDANTS | Position/Title |
|---|---|
| 3. John R. Baldwin | Director |
| Dr. Melivin Hinton | Chief of mental Health Services |
| Roberta Fews | Deputy Director |

1

Position/Title

| | |
|---|---|
| Dr. Sylvia mahone | Doctor |
| Eddie Jones DR | Doctor |
| Willard Elyeq | Doctor |
| Dr. John Garlic | Doctor |
| DR. Michael F. massa | Doctor |
| DR. Wendy Navarro | Doctor |

Address: Department of Corrections Executive office Bldg 1301 Concordia ct. Po Box 19277 spring field. IL 62794-9277 Each defendant is sued individually and in his or her official Capacity at all times mentioned in this complaint each defendant acted under the color of state law Employers Name and address of Defendant's State above

## DEFENDANTS

Postion/Title

| | |
|---|---|
| Prentince | major |
| Bunke | Luitenet |
| Tod Nelson | mental health |
| Smith | Officer |
| Cooper | Ex-warden |
| Guy D. Pierce | Ex-warden |
| Bryant | Cfficer |
| Lindsey | Luitenet |
| mister | sgt |
| Beackman | officer |
| Coleman | officer |
| S. Simpson | Grievence officer |
| MC Cormick | mental health |

2

Pestion/Title
Pontiac employees named in Complant

| Jan and John Does | |
|---|---|
| T. Kennedy | ass-Warden) |
| Moss | mental health |
| Simmons | Counselor |
| J-Fike | officer |
| R. Battle | officer |
| Pitchford | officer |
| Jane | Nurse |
| Tracy | Nurse |
| J. James | grievance officer cell |
| Jenifer Reed | mental health |
| ~~Doris~~ Christy | Nurse ~~mental health~~ |
| Daidra Marano | mental health |
| Brook Thomas | mental health |
| Patrick Horn | mental health |
| Kelly Ann | mental health |
| Shela | mental health |
| Fister | ex warden |
| Me linkers | major |
| Evans | Luitenet |
| Micheal melvin | Warden |
| Jenkings | Luitenet |
| ~~ ~~ wilson | officer ~~ ~~ |
| Jan-John Does | Grievane officer |
| ~~Super~~ John Doe | superintendent |
| Balte | officer |
| gresham | officer |

3

Address: Pontiac Correction Center Po Box 99 Pontiac IL 61764
Each defendant is sued individually and in his or her official
Capacity at all times mentioned in this compliant each defendant
acted under the color of state law Employers Named and address
of Defendants state above

## DEFENDANTS                    Position/Title

WexFord Health Sources Inc                    medical
address: Pensilvina Corp
Each defendant is sued individually and in his or her official
Capacity at all times mentioned in this complaint each defendant
acted under the color of state law Employers named and address
of Defendants state above

## DEFENDANTS                    Position/Title

T.S. keen                                    inmate issue
Jan and John Doe(s)                          inmate issue
address: 1301 Concordia Court springfield, IL 62794-9277 Each
defendant is sued individually and in his or her official capacity
at all times mentioned in this Complaint each defendant acted
under the color of state Law Employers name and address of
Defendants state above

4.
## Previous Law Suits
State and Federal court law suits relating to imprisonment
Small claims No 16 CC0607

4

Civil complaint No. 15 96 5 MJE SCW

Civil complaint No 16 CV 00 422

Civil complaint No 16 CV 42 17

Civil Complaint No 16 60 421

5. <u>FACTS</u>

This is a lawsuit brought pursuant to 42 U.S.C. § 1983 to redress violations of Plaintiff's rights under the Eighth and Fourteenth Amendments to the U.S. Constitution to be free of cruel and unusual punishment while incarcerated in IDoc Facilities: to redress violations of his liberty interests under the Due Processs Clause of the Fourteenth Amendment and pursuant to the Americans with Disabilities Act (the "ADA") 42 U.S.C §§ 12131 et seq. and the Rehabilitation Act (the "Rehab Act") 29 U.S.C § 794 to address his right to be free of discrimination on account of his disabilities and other Constitutional violations. Plaintiff seek a Judgment declaring the Defendants conduct Unconstitutional and violative of the ADA and the Rehab Act, and an injunction against Defendants unlawful conduct as set forth below. 6. Steven Lisle Sr. who is the father of plaintiff suffers from a mental illness. Steven Lisle Sr Mother had also suffered from a mental illness. Steven Lisle Sr Mother is also the Grandmother of plaintiff. 7. Jessie Lisle who is the mother of plaintiff suffers from a mental illness. 8. Derail S. Lisle is the brother of plaintiff in which Derail S. Lisle also suffers from a mental illness and is currently housed at the Chester Illinois mental health unit.

5

9. Plaintiff family comes from a well known mental health background. Steven D Lisle Jr who is the plaintiff has suffered from a mental illness since the early years of 1994. Lisle was hospitilized in the year of 1994 upon this time Mental Health Doctors conducted a psychological evaluation and discovered that Lisle suffered from a mental disability after this discovery Lisle was diagnose as being ( A D B D) Which is a (Attention deceficit disorder and Behavior Disorder) Which doctors stated was consistent with Lisle trouble in school and habitual behavior problems at home. Throughout Lisle life his mother recognized that he suffered from a serious mental illness in which she made every effort to take Lisle to see a Doctor name Eric Ritterhoff to receive mental health counseling and pharmaceutical drugs for his mental illness. As Lisle behavior continued to spiral out of control his mental health also began to dieteriate. Lisle mother continued to report every detail of his mental dieteriation to Eric Ritterhoff. But do to Lisle crafty behavior and being a Juvinile who didnt understand at the time that he suffered from a mental illness and do to Lisle thinking that being labeled as mentally ill meant that he was born a freak or would be considered a monster and being teased by children at school for being labeled mentally ill. Lisle hid his mental symptoms from Eric Ritterhoff and the kids at school. So he wouldnt get pick on or laugh at and considered a freak at

6

school. Lisle mother noticed this and made every public official aware of Lisle mental illness and his crafty ways in hiding his mental illness. By Lisle being scared to seek help and acknowledge that he suffered from a mental illness he never received adequate mental health care do to this Lisle mental illness continued to dieteriate which lead to Lisle continued trouble in school and at home This also lead to Lisle being incarcerated at the Peoria Youth Farm Boys in Peoria Illinois. Lisle mental state continued to deiteriate which caused Lisle to comit criminal acts in which he was charged with 2 aggravated Battery. Lisle was later released and within 6 months of his release do to his contiuned dieteriating mental state Lisle Commited another aggravated Battery for fighting in school and was Sentence to the IYDOC Juvinile in which Lisle continued to get in trouble and his mental state continued to dieteriate Lisle was again released and within 6 months he was again incarcerated and has been incarcerated ever since. While in the RockIsland County Jail Lisle tryed to comit suicide. Lisle mother Continued to inform the Judicial courts and Eric Ritterhoff of Lisle mental dieteriation See Exhibits 1. While Lisle has been incarcerated his Cellmates have witnessed Lisle hearing voices that advised him to cause harm to himself and others as well caused Lisle to try to comit suicide by trying to hang himself See Exhibits 2-3

10. Do to Lisle continued disruptive behavior he

7

Was transfered to the Pontiac Correction Center
See Exhibit 4. Do to being abused and having his
constitutional rights constantly violated by Pontiac Correction
Employees. Lisle wrote to the Center intell unit Mark Delia
Commandra on 8-9-16 and Chief Legal Counsel ED Huntley on 8-6-16.
On 8-22-16 Lisle saw the I.D.C.C (Superintendent) and informed
him that I was assualted and had a fractured wrist during
this time I believe it was a level 1 Lockdown during the superintendent tour
and the superintendent didnt do nothing about it See Exhibit 5
Pontiac Employees forced Lisle on suicide watch in cells without
a suicide resistant bed to lay on with blood and humane waste on
the walls this also contribute to making Lisle mental health
and state of mind dietierate. During a tour Chief Mental Health
(Dr Melvin Hinton) witness mentally ill inmates and inmates
being housed in cells in the Northhouse Unit with blood
Humane waste etc. on the walls and windows where inmates
were housed for suicide watch at this time Dr. Melvin Hinton
informed (Major Prentince) and (Sgt Mister) to move
inmates out of the cells and have the cells cleaned
However Major Prentince and sgt Mister only cleaned a
few cells and left other inmates to live in this violent
conditions I believe that's was around 8-2-16 See Exhibit 5
Pontiac Employees continued to allow Lisle to be around the
Officers who assualted him and threating him to also contribute
to Lisle Mentalhealth dieteriation Lisle continued to inform the
Court of these events See Exhibit 6

8

Lisle was advised by his counselor Jones by receiving a mental
health form advising Lisle that if he did not want to be apart
of a Class Action Law suit in Rasho v Walker that he had a certain
time to object. Lisle filed his objection timely before this
Court and advise Judge Mihm he will be filing a individual
complaint for money damages and other relief See Exhibit 7
After Lisle filed this objection he started be targeted by
Pontiac Employees do to his objection in this case. Lisle
was subject to continued retilation and abuse where
Pontiac Employees denied Lisle medical and mental health care
and Grievance procedures and ARB appeals in which Lisle
informed the court of these events See Exhibit 8.
Pontiac Employees continued to subject Lisle and other
mentally ill inmates to physical and psychological and mental
abuse this also contribute to Lisle mental dieteriation See Exhibit 9
Lisle was subject to constant chemical agents being used
around him which caused physical and psychological harm
and mental harm See Exhbit 10 Lisle request all inmates
who were housed at the Northhouse when he filed grievance
will testify and state that Pontiac officers were spraying
chemical agents on inmates and in their cell and No nurse
walk around to check on inmates and when inmates informed
officers for medical attention they were denied See Exhibit 5.
Lisle was forced in disciplinary units by pontiac Employees
for requesting medical attention and being physical hurt
this contribute to Lisle mental condition to deteirate See Exhibit 11.

9

Lisle always complained to his counselor about pontiac employees ~~and team~~ concealment of his grievances and mental health care See Exhibit 12 . Lisle also notice that Pontiac Employees displayed discrimination tactics towards Black Female employees by not letting black female employees work in certain parts of cellhouse units as well very few higher on blackfemale mental health employees in which Lisle filed grievances about this practice discrimination tactics by Pontiac Employees See Exhibits 13-14 Mentalhealth Black Female (ex)employee MS. Struthers realy tryed to give Lisle mental health counseling as well would reply back to Lisle with a letter advising him when he would be schudle to begeen See Exhibit 15, Lisle has noticed most White Female employees for mentalhealth understood their position as mentalhealth counselors but lack the experience and total understanding of being in a position to be a African American in the United states as well most africanamericans and whiteamericans live a different life style and have different up bringing as well experience when it comes to poverty drug and gang infested areas and Judicial experiences therefore it plays a major role in the mental health counselor being able to relate or understand a african american behavior and rationale by both individuals living to different ways of life which why it is important for african american females to be available to give mental health counseling to Lisle who is a black male

10

Lisle continued to follow up on all grievances he filed and also requesting to see InternedAffairs to file complaints see Exhibit 16 Lisle sent his complaint to attorney Alan Mills in which after speaking to Alan Mills he stated he has not receive Lisle complaint in which Lisle was Charged over Eight dollars to send by U.S. postal in which this shows Continued refiliation by Pontiac employees in trying to stop Lisle from filing his complaint as well tampering with U.S. postal mail. Lisle informed the Court of this See Exhibit 17-18 Lisle witness and notice the constant harasment and mistreatment by pontiac officers in which Lisle filed grievances and reported to the grievance procedure this contribute to Lisle mental dieteration See Exhibit 19 Lisle continued to inform the Court how Pontiac employees denied him medical and mental health care as well try to prevent him from exhausting and filing his grievances this also played apart of Lisle mental dieteration See Exhibits 20-21 Lisle was assualted by Pontiac officers (J. Fike)(R. Bittle)(Pitchford) Lisle was also denied medical care do to being assualted by officers Lisle feared for his life and safety do to being forced to be around the same officers that assualted him this caused his mental dieteration See Exhibits 22-24 Lisle was continued to be reteliated against by being forced behind metal doors and housed in single cell, cells where Lisle was not on single man status this clearly shows Lisle was being

11

targeted for his objection in this case and constantly
filing grievance and informing the court of these matters
see Exhibits 26-28. Lisle was targeted by having
his property stolen and lost do to retiliation by pontiac
officers Lisle mental health continued to deeteratins see
Exhibits 29-31 Lisle has commaisry receits to show
he owned items that were stolen from him see Exhibit 32
Lisle continued to have his property stolen see Exhibit
33-34 Lisle continued to file grievances and report abuse
and sexual harrasment by male employees see Exhibit 35
This same officer (Gresham) Lisle reported for sexual harrasment
workson orange cruch a tactical unit. Lisle was later sexual
assualted and had aceessive force used against him by the orange
Crush unit Lisle filed grievances and inform the court of these
events as well Lisle requested all video iotage from orange crush
and north cell house unit See Exhibit 36. Lisle was constantly
in fear of his life do to hearing other inmates describe how officers
(J-Fike) was conected to the death of a white inmate who
was soon to be relased from prison but do to this inmate having
staffassualts on officer and having a sexual rape criminal case
(Pontiac Officers) Kill this inmate and J-Fike was suppesed to
have been involved see Exhibits During Lisle attorney
Calls pontiac officers would place Lisle in the north
house officers Lounge and have officers listening to
Lisle legal calls this contribute to Lisle mental dieteration
On 8-8-16 officer (J. wilson) set in and listen to lisle

12

Attorney calls Lisle advise (Luitene + Allen) that no officer supposed to listen to Lisle legal call Lisle also informed his attorney of this see Exhibit 5. Do to long term segregation Lisle mental health has dieteriate Lisle has been in segregation for almost over 2 years do to loud noise inmates banging on the walls banging on the beds throwing humane waste on the gallery and on inmates and inside inmates cell officer assualting inmates and mentally ill inmates Lisle only was allowed to go to the yard in a bird struether type cage 2 days out of the week and do to disciplinary reports Lisle lost his yard periods and was only allowed out side once a month to exercise while serving long periods in segregation Lisle was cofined to his cell for 24 hours a day seven days out the week this took a toll on Lisle mental state and has caused Lisle to go mad leaving Lisle mentally in balance. This type of practice by I.D.O.C. is unconstitutional and should be outlawed. Where Lisle is a known seriously mentally ill inmate and kept in segregation for long periods of time. I.D.O.C. has emplemented a new 504 Disciplinary. But the problem with the new 504 is that the disciplinary tickets that Lisle receives at I.D.O.C. will keep Lisle in segregation for months and years See Exhibit (5,6,7) which shows I.D.O.C has yet to come up with a real alternitive to exhile long term segregation which is unconstitutional and destroys the mental slate of inmates like Lisle see Exhibit 7,4

13

By Lisle being isolated in segregation for periods over
2 years shows his mental break down where Lisle
was smearing humane "shit" all over his body
while on suicide watch where I.D.O.C employees
(Prentince) (sgt mister) and med tec (Christy) witness
this event and left Lisle covered in "shit" in his cell
with out giving him a shower or medical attention
see Exhibit 5. As well where nurses neglect to
give Lisle his medication for his mental symptoms
causes Lisle to hallucinate and strange behavior see
Exhibits 42. Lisle has a history of trying to hurt
his self by attempting suicide by hanging his self. By
I.D.O.C. neglect of Lisle mental condition and trying to conceal
that Lisle is serious mentally ill caused lisle to continue
to hurt his self where Lisle attempt suicides became
worser where Lisle swalled a Razor Blade see Exhibit 43-47
As well upon arriving in pontiac correction center Lisle
informed menta health (Jennifer Reed) and (McCormick) that
Lisle was diagnoise as SMI and that Lisle has a entire
history from 1994 as taking psychotropic drugs and having
mental health diagnoises and Lisle has a history of mental illness
to locate all Lisle other mental health records from IY DOC
and Robert Young mental health center located in Rock Island Illinois
and Peoria Youth farm in Peoria Illinois and Trint west in
Rock Island Illinois So that Lisle can receive a full mental health

14

evaluation see Exhibits 5 and 48-49. However both mental
health employee refused to locate Lisle other mental records
Lisle has a history of not being in the right state of
mind when he is not receiving adyuate medication and
mental health treatment see Exhibit 50. As Lisle has
informed the Court of Pontiac Correction Center
employees concealing Lisle grievance process and stealing
his original complaint that he sent to Alan Mills for
representation see Lisle trustfund which shows he was charged
for sending of U.S postal to Alanmills Lisle spoke to Mills
who stated he was not in possossion of Lisle complaint therefore
do to Pontiac Correction Employees stealing Lisle complaint
which violated his First Amendment to the United states
Constitution Lisle informs this Court that he will
have to amend this complaint with additional claims
once at discovery stage Lisle can request other documents
to be turned over See Exhibit 51. Lisle was informed
to pursue his own individual Complaint through IDOC
Grievance process See Exhibit 52. Now that this Court is
fully aware that Lisle is not apart of the Class action settlement
reached in Rasho v Baldwin Case 1:07-cv-01298 and pursues his independent
Civil complaint he will now address all follow matters stated
above and below Lisle made 2 timely objections informing
the Court he will be filing a seprate 1983 Civil complaint
on the mental health care aspect seeking Money damages and
other injunction relief.

15

110  As the U.S. rate of incarceration has soared over the past decade, the number of inmates with mental illness has soared as well. The IDOC and its contractor for medical and mental health services, Wexford Health Sources, Inc ("Wexford") have failed miserably to deal with this problem. Mentally ill inmates in IDOC facilities are chronically underdiagnosed and under-treated. They are subjected to brutality instead of compassion and housed in conditions that beggar imagination. If they complain about the quality of their care, they may get no care at all. They are mocked and abused by correctional staff, sprayed with caustic chemicals and derided for their illness. There are far too few spaces in the mental health care units. Mentally ill prisoners are routinely sent to segregation instead of mental health care units, although it is universally known that this can worsen their mental illness. Years are added to their imprisonment by punishment for behavior due to their serious mental illness, without any account being taken of their disabilities in the meeting-out of that. If they try to commit suicide by hanging themselves with a sheet from their beds, they will be ticketed for destruction of state property. Defendants avoid treating inmates with mental illness by failing to identify inmates with mental illness. Despite an administrative Directive which requires that "All offenders transferring into a facility shall be screened and, when appropriate, referred to a mental health professional." The mental health screening at IDOC adult correctional centers is arbitrary, haphazard and riddled with gaps. Most inmates do not receive a meaningful mental health screening upon transfer. Even for those prisoners identified as needing mental health care, the care is grossly substandard. The IDOC's contracts with Wexford, signed year after year by the director of the IDOC, contain no enforceable

16

standards governing the quality of care provided to prisoners. Thus it is no suprise that the State of Illinois pays hundreds of millions of dollars, year after year for care that violates constitutional standards and established legal norms. One measure of the deficiency in treatment is how few of IDOCs adult Correctional Centers provide any sort of specialized mental health services at all: historically, the state of Illinois has had only four adult correctional facilities out of a total of 28 Which offer some form of specialized mental health services to inmates: Dixon correctional center, Pontiac Correctional center, Tamms Correctional Center the states "supper-max" facility and Dwight Correctional Center. The available spaces for specialized mental health treatment are minuscule compared to the need: According to the IDOCs Annual Report for Fiscal Year 2007 the most recent report available as of June 2007. Pontiacs mental health unit housed 69 inmates, and Dixons Psychiatric unit housed 183 inmates. Access to the limited number of specialty mental health units is limited and difficult. The standards for transfer to a facility with a specialty mental health unit are unclear: prisoners with obvious mental health needs may be transfered to such facilities at all. Even at facilities with specialty mental health units, prisoners are refused assignment to the mental health unit despite requesting it and despite being on or having been on, potent psychiatric medications. Prisoners who ask to be transfered to mental health units are refused for reasons that have nothing to do with mental health treatment considerations e.g) too much segregation time) Grievances by inmates as to the quality of care provided in the mental health units are treated not as complaints about care, but as challenges to being

17

assigned there. Prisoners are transfered out of mental health units in retaliation for filing a grievance, assiting other inmates in grieving or other reasons having nothing to do with psychiatric care, with in the mental health treatment units patients with a wide variety of problems are grouped together and treated by the same methods without regard for their differing diagnoses. What limited andematic care ther is provide cheiefly by medication A prisoner with paranoid schizophrenia may see a psychiatrist once a month. It can be very easy to get off medications just ask, or stop taking the medication There are no adequate mechanisms in place to monitor whether mentally ill inmates are realy taking the medications they are prescribed or to encourage them, through theraputic contact, to stick with their medications regimes. When prisoners have consultations with mental health professionals, they are often forced to do so in the form of Conversations at the cell door, where not only correctional staff but other prisoners can eavesdrop. This severely compromises the ability to treat any mental illness, since it requires a prisoner to identify his symptoms in a setting where other prisoners can readily hear. This gives Prisoners an incentive to minimize problems and gives Defendants a reason not to provide treatment. Prisoners who are transfered from one correctional facility to another may receive radically different qualities of care, or no care, different medications or no medications at all Inmates who are transferred from one facility to another may be left without their medications because of delay in assessing them or delay in transfer of their medical record putting them in serious perhaps life threatening danger. The diagnosis of or failure to diagnose—inmates mental health problems by mental health professionals in IDOC facilities, and the day to day

18

treatment of mentally ill prisoners by staff, is routinely poisoned by the notion of "offender manipulation" and mentally ill inmates are routinely categorized as uncooperative malingerers Both regular staff and supposed mental health "professionals" fail to recognize the "uncooperative" and "manipulative conduct as the symptoms of mental illness which they are. Correctional Staff are not trained to deal with the mentally ill staff often do not respond to prisoners threats to harm themselves and use unnecessary force on mentally ill prisoners, Prisoners on suicide watch are neglected, abused, or both they can be stripped naked placed in a cell with no mattress or blankets put in four point restraints In winter, Staff in some facilities will open the windows and then sit and laugh. Inmates who engage in conduct due to their mental illnesses are punished in absurd and irrational ways for instance being given a ticket and segregation time for damage to State property for destroying Jumpsuits in a suicide attemp. Mentally ill inmates accumulate large amounts of segregation time for disciplinary infactions caused by their mental illness but their mentally illness is not taken into account in the hearings about their infractions See Exhibit 42 and 50 Prisoners are housed in segregation and given little or no mental health care despite having for instance passionate beliefs that the only way to stop from "hearing voices" and having "hallucinations" or hurting himself" is by Masterbation See Exhibits 37-41 Mentally ill prisoners are sent to Pontiac Correction Center the segregation unit without regard for the damage the servere social and sensory deprivations and loud noises and assault by officers being assualted with bodily fluids like shit, urine, spit, blood by other inmates of pontiac are likely to have on their psychological

State Lisle Started playing with shit See Exhibit 5 It is well-known that placing mentally ill inmates in segregation or isolation is highly likely to exacerbate their mental illness even without mental illness, many prisoners in isolation experience mental deteriorations isolation is especially dangerous to those who are already mentally ill Studies have found that the effect of isolation include paranoid psychosis and uncontrolled rage including increased homicidal and suicidal impulses frequent schizophrenia and impairment of the ability to socially reconnect with others once released Yet mentally ill prisoners still accumulate years upon years of seg time in the IDOC or are sent to Pontiac See Exhibit 4 The units in which mentally ill prisoners are housed-both the mental health units themselves and other locations where they may be placed are often filthy vermin ridden and filled with human waste See Exhibit 5. This is true of individual cells and of common areas, such as showers staff do not clean them and inmates are given a half cup of green soap Once week to clean their cells. The experiences of the plaintiff are typical. Plaintiff Lisle is currently incarcerated at Pontiac Correctional center. He has a history of mental health dating back to 1994 he has been diagonesed with Bipolar mood-Disorder - Impulse Control Disorder- Antisocial Personality Disorder Paranoid Schizophrenia Anxiety- situational depression See Exhibit 52-54___. He was in the Pontiac Correction Center, where he was beaten by correctional personnel and inmates Despite his long history of serious mental illness he is not in the special treatment unit at Pontiac. In the past, he has swollowed razorblades, and attempted to

20