IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT PEORIA DIVISION

STEVEN D LISLE JR #R40159        )    MOTION FOR APPOINTMENT OF
   v   Plaintiff         )           COUNSEL
JOHN R BALDWIN                   )
   Defendants        )

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff is seriously mentally ill and take psychotropic drugs for his mental illness.

5. Plaintiff has made repeated efforts to obtain a lawyer. See Exhibit in complaint

WHEREFORE, plaintiff's request that the court appoint Counsel, a member of the Illinois Bar, as counsel in this case.

Date 4-16-17

  /s/ Steven Lisle  STEVEN D LISLE JR #R40159
  PO BOX 99 PONTIAC IL 61764

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT PEORIA DIVISION

STEVEN D. LISLE JR #R40159  )   SUMMONS
   Plaintiff  )   Civil Action No. _____
  v.  )
JOHN R. BALDWIN etc.  )
  Defendants  )

John R. Baldwin  1301 Concordia PoBox 19277 Springfield IL 62794-9277
Melvin Hinton  1301 Concordia PoBox 19277 Springfield IL 62794-9277
Roberta Fews  1301 Concordia PoBox 19277 Springfield IL 62794-9277
Sylvia Mahone  1301 Concordia PoBox 19277 Springfield IL 62794-9277
Eddie Jones  1301 Concordia PoBox 19277 Springfield IL 62794-9277
Willard E. Tyea  1301 Concordia PoBox 19277 Springfield IL 62794-9277
John Garlic  1301 Concordia PoBox 19277 Springfield IL 62794-9277
Michael F. Masso  1301 Concordia PoBox 19277 Springfield IL 62794-9277
Wendy Navarro  1301 Concordia Ct. PoBox 19277 Springfield IL 62794-9277
Prentince  PoBox 99 Pontiac IL 61764
Punke  PoBox 99 Pontiac IL 61764
Tod Nelson  PoBox 99 Pontiac IL 61764
Smith  PoBox 99 Pontiac IL 61764
Cooper  PoBox 99 Pontiac IL 61764
Guy D. Pierce  PoBox 99 Pontiac IL 61764
Bryant  PoBox 99 Pontiac IL 61764
Lindsey  PoBox 99 Pontiac IL 61764
Mister  PoBox 99 Pontiac IL 61764
Beackman  PoBox 99 Pontiac IL 61764
Coleman  PoBox 99 Pontiac IL 61764
S. Simpson  PoBox 99 Pontiac IL 61764

      1 of 3

| Name | Address |
|---|---|
| Christ... wilson | PO Box 99 Pontiac IL 61764 |
| Boita | PO Box 99 Pontiac IL 61764 |
| gresham | PO Box 99 Pontiac IL 61764 |
| John Doe superintendent | PO Box Pontiac IL 61764 |
| John and Jan Does | PO Box 99 Pontiac IL 61764 |
| McCormick | PO Box 99 Pontiac IL 61764 |
| T. Kennedy | PO Box 99 Pontiac IL 61764 |
| Moss | PO Box 99 Pontiac IL 61764 |
| Simmons | PO Box 99 Pontiac IL 61764 |
| J. Fike | PO Box 99 Pontiac IL 61764 |
| R. Battle | PO Box 99 Pontiac IL 61764 |
| Pitchford | PO Box 99 Pontiac IL 61764 |
| Jane | PO Box 99 Pontiac IL 61764 |
| Tracy | PO Box 99 Pontiac IL 61764 |
| J. James | PO Box 99 Pontiac IL 61764 |
| Reed | PO Box 99 Pontiac IL 61764 |
| Marano | PO Box 99 Pontiac IL 61764 |
| Thomas | PO Box 99 Pontiac IL 61764 |
| Horn | PO Box 99 Pontiac IL 61764 |
| KellyAnn | PO Box 99 Pontiac IL 61764 |
| Shely | PO Box 99 Pontiac IL 61764 |
| Fister | PO Box 99 Pontiac IL 61764 |
| Melinkens | PO Box 99 Pontiac IL 61764 |
| Evans | PO Box 99 Pontiac IL 61764 |
| Micheal mdvin | PO Box 99 Pontiac IL 61764 |
| Jenkings | PO Box 99 Pontiac IL 61764 |
| Jan-John Does | PO Box 99 Pontiac IL 61764 |
| Wexford Health Sources Inc | Pensilvina Corp |
| T. Skeen | 1301 Concordia Court Springfield IL 62784-9277 |
| John Jan Does | 1301 Concordia Court Springfield IL 62784-1277 |

2

TO THE ABOVE-NAMED DEFENDANTS

You are hereby summoned and required to serve upon Plaintiffs whose address is StevenDLisleJR#R40159 POBox 99 Pontiac IL 61764 an answer to the complaint which is here with served upon you, within 20 days after service of this summons upon you, exclusive of the day of service or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: _____

3

Summons