IN THE U.S. District Court For The Central District Urbana Division

STEVEN D. LISLE JR #R40159    )    SUMMONS
         Plaintiff    )    Civil Action No. 17-1158

JOHN R. BALDWIN    )


John R. Baldwin  1301 Concordia Po Box 19277 Springfield IL 62794-9277
Roberta Fews  1301 Concordia Po Box 19277 Springfield IL 62794-9277
Wendy Navarro  1301 Concordia Po Box 19277 Springfield IL 62794-9277
Dajdra Marano  Po Box 99 Pontiac IL 61764
Brook Thomas   Po Box 99 Pontiac IL 61764
Wexford Health Sources Inc  Pensilvina Corp


SCANNED at PCC and E-Mailed
5-26-17 (date) by VK (initials)
    3    (# of pages)

1 of 2

TO THE ABOVE NAMED DEFENDANTS

You are hereby summoned and required to serve upon Plaintiffs whose address is Steven D Lisle JR #R40159 POBOX 99 Pontiac IL 61764 an answer to the complaint which is here with served upon you, within 20 days after service of this summons upon you, exclusive of the day of service or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: _____

No

# MEMORANDUM OF LAW

1  Filed grievances Vance v Peters 97 F. 3d 987 7th cir 1996 page 1-11

2  Section 1997e(a) only requires the exhaustion of available administrative remedies if the administrative grievance process is rendered unavailable by prison officials as Plaintiff appears to be alleging the exhaustion requirement is satisfied and there is no impediment to filing suit Thomas v Reese 787 F. 3d 845 847 (7th cir 2015 page 1-11

3  Public employers are responsible for their own misdeeds not those of others Burke v haere isch 35 F3d 3925 96 page 1-11

4  Prisoners must exhaust only those administrative remedies that are available to him 42 USC 1997e(a) Johnson v Litscher 260 F3d 826 827 (7th cir 2001 The eighth and fifth circuits have deemed administrative remedies exhausted when prison officials fail to respond to inmate grievances because those remedies had become unavailable Foulk v charrier 262 F3d 687 690 8th cir 2001 page 1-11

5  U.S. Const Amend 14th Liberty Interest under the Due process and Equal protection free from Discrimination page 1-11

6  US. Const Amend 8th Cruel and unusual punishment and Deliberate Indifference and Serious medical need and adequate medical and mental health care page 1-11

7  Estelle v Gamble 429 U.S 97 C1976 Eighth amendment serious medical need and medical care page 1-11

8  Supermax Isolation constant isolation, illumination, for prisoners with serious mental health issues violates the Eighth amendment Jones El v Burge 164 F. supp. 2d 1096 (W.D. wisc. 2001) page 1-11