IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. LISLE, JR., | ) |
| Plaintiff, | ) ) |
| | ) Case No. 17-CV-1158 |
| vs. | ) |
| | ) JURY DEMAND |
| JOHN BALDWIN, et al., | ) ) |
| Defendant. | ) |

**ANSWER AND AFFIRMATIVE DEFENSES**

NOW COMES Defendant, ROBERTA FEWS, by and through her attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to the Court's Merit Review Order of July 12, 2017 [Doc. 24], provides the following Answer and Affirmative Defenses to Plaintiff's Amended Complaint, [Doc. 25], stating as follows:

**ALLEGATIONS ENUMERATED IN COURT ORDER DATED JULY 12, 2017 [DOC. 24]**

1. Pursuant to its merit review of the Plaintiff's Amended Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated an Eighth Amendment claim for deliberate indifference to his serious medical needs against Defendant, ROBERTA FEWS, in her official capacity.

2. **ANSWER:** Defendant admits that the complaint states a claim under 42 U. S. C. § 1983, but denies that any violation of Plaintiff's Eighth Amendment rights or any other constitutional rights occurred.

**REQUESTED RELIEF**

1. Defendant denies that Plaintiff is entitled to compensatory damages.

2. Defendant denies that Plaintiff is entitled to punitive damages.

3. Defendant denies that Plaintiff is entitled to any other relief.

## JURY DEMAND

Defendant respectfully request trial by jury.

## AFFIRMATIVE DEFENSES

**1.** At all times relevant herein, Defendant acted in good faith in the performance of her official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.

**2.** To the extent that Plaintiff is suing Defendant for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

**3.** To the extent that Plaintiff is suing Defendant for actions of a subordinate in which Defendant was not directly involved, such claims are barred because the doctrine of respondeat superior is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

**4.** To the extent Plaintiff seeks damages from Defendant in her official capacity, Defendant is protected from liability by the Eleventh Amendment.

**5.** To the extent Plaintiff has failed to adhere to the Illinois Department of Corrections grievance procedures, his claim should be barred for failure to exhaust his administrative remedies prior to the initiation of this cause of action, which serves as a bar to Plaintiff's claims by the Prison Litigation Reform Act (42 U.S.C. § 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3ed 532 (7th Cir. 1999).

**6.** To the extent Plaintiff's claim is more than two years old, it is barred by the applicable statute of limitations.

**WHEREFORE**, Defendant requests that this Honorable Court enter judgment in his favor and against Plaintiff, STEVEN D. LISLE, JR.

Dated: October 4, 2017                            Respectfully submitted,

Lisa Madigan
Attorney General of the State of Illinois      By:    s/   *Alan Remy Taborga*
*Counsel for Defendants*,                                  Alan Remy Taborga
JOHN BALDWIN and ROBERTA FEWS         Assistant Attorney General
                                                                   Office of the Illinois Attorney General
                                                                   1776 East Washington Street
                                                                   Urbana, Illinois 61802
                                                                   Phone: (217) 278-3332
                                                                   E-Mail: ATaborga@atg.state.il.us

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. LISLE, JR.,                               ) | |
| Plaintiff,     ) | |
| ) | Case No. 17-CV-1158 |
| vs.     ) | |
| JOHN BALDWIN, et al.,     ) | |
| Defendant.     ) | |

I hereby certify that on October 4, 2017, I electronically filed the foregoing, Answer and Affirmative Defenses to Plaintiff's Amended Complaint, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

> Steven D. Lisle, Jr., # R-40159
> Pontiac Correctional Center
> P.O. Box 99
> Pontiac, IL 61764

Respectfully submitted,

By:    *s/    Alan Remy Taborga*
      Alan Remy Taborga
      Assistant Attorney General
      Office of the Illinois Attorney General
      1776 East Washington Street
      Urbana, Illinois 61802
      Phone: (217) 278-3332
      E-Mail: ATaborga@atg.state.il.us