E-FILED
Monday, 16 April, 2018 12:59:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. LISLE, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN BALDWIN, et al., )<br>)<br>Defendant. ) | Case No. 17-CV-1158<br><br>JURY DEMAND |

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COME Defendants, MELVIN HINTON and DAIDRA MARANO, by and through their attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to the Court's Merit Review Order of July 12, 2017 [Doc. 24], provides the following Answer and Affirmative Defenses to Plaintiff's Amended Complaint, [Doc. 25], stating as follows:

**ALLEGATIONS ENUMERATED IN COURT ORDER DATED JULY 12, 2017 [DOC. 24]**

1. Pursuant to its merit review of the Plaintiff's Amended Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated an Eighth Amendment claim for deliberate indifference to his serious medical needs against Defendants, MELVIN HINTON and DAIDRA MARANO.

2. **ANSWER:** Defendants admit that the complaint states a claim under 42 U. S. C. § 1983, but deny that any violation of Plaintiff's Eighth Amendment rights or any other constitutional rights occurred.

**REQUESTED RELIEF**

1. Defendants deny that Plaintiff is entitled to compensatory damages.

2. Defendants deny that Plaintiff is entitled to punitive damages.

3. Defendants deny that Plaintiff is entitled to any other relief.

## JURY DEMAND

Defendants respectfully request trial by jury.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. To the extent that Plaintiff is suing Defendants for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

3. To the extent that Plaintiff is suing Defendants for actions of a subordinate in which Defendants were not directly involved, such claims are barred because the doctrine of respondeat superior is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

4. To the extent Plaintiff seeks damages from Defendants in their official capacity, Defendants are protected from liability by the Eleventh Amendment.

5. To the extent Plaintiff has failed to adhere to the Illinois Department of Corrections grievance procedures, his claim should be barred for failure to exhaust his administrative remedies prior to the initiation of this cause of action, which serves as a bar to Plaintiff's claims by the Prison Litigation Reform Act (42 U.S.C. § 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3ed 532 (7th Cir. 1999).

6. To the extent Plaintiff's claim is more than two years old, it is barred by the applicable statute of limitations.

**WHEREFORE**, Defendants request that this Honorable Court enter judgment in their favor and against Plaintiff, STEVEN D. LISLE, JR.

Dated: April 16, 2018

Respectfully submitted,

Lisa Madigan
Attorney General of the State of Illinois
*Counsel for Defendants,*
JOHN BALDWIN, MELVIN HINTON,
And DAIDRA MARANO

By:   s/   *Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. LISLE, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-CV-1158 ) ) |
| JOHN BALDWIN, et al., | ) ) |
| Defendant. | ) ) |

I hereby certify that on April 16, 2018, I electronically filed the foregoing *Answer and Affirmative Defenses to Plaintiff's Amended Complaint*, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

>Steven D. Lisle, Jr., # R-40159
>Pontiac Correctional Center
>P.O. Box 99
>Pontiac, IL 61764

Respectfully submitted,

By:   *s/   Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us