E-FILED
Thursday, 12 July, 2018  02:36:35 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

STEVEN D. LISLE, JR.,

        Plaintiff,

v.

BALDWIN, ET AL

        Defendants.

No. 17-cv-01158 - CSB

Colin Stirling Bruce

### ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

NOW COMES the Defendant, BROOK THOMAS, by her attorneys, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's May 19, 2017 Order, hereby submits her Answer and Affirmative Defenses to Plaintiff's Complaint, stating as follows:

1. Defendant admits she was employed as the Mental Health Unit Director at Pontiac Correctional Center from July 11, 2015 until May 20, 2017.

2. Defendant admits jurisdiction and venue are proper in the Central District of Illinois.

3. Defendant denies any act or omission on her part constitutes deliberate indifference to a serious mental health need.

4. Defendant denies any response she may or may not have made to any request of the Plaintiff constituted deliberate indifference to a serious mental health need.

5. Defendant denies Plaintiff was injured by any act, omission, or delay allegedly caused by Defendant.

6. Defendant denies that Plaintiff is entitled to any relief whatsoever.

7. Defendant denies that Plaintiff's claims are meritorious.

**DEFENDANT DEMANDS TRIAL BY JURY**

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendant acted in good faith in the performance of her official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.[1]

2. At all times relevant herein, Defendant acted in good faith and in conformity with existing precedent. She is therefore entitled to good faith immunity from damages. *Wyatt v. Cole*, 504 U.S. 158, 169 (1992).

3. To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

4. To the extent Plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

5. At all times relevant herein, Defendant's duties were limited to those that were delegated to her by their employer and that her employer voluntarily undertook pursuant to its contract with the Illinois Department of Corrections.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO HER AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, Defendant respectfully requests this Honorable Court deny Plaintiff any relief in this matter and grant Defendant judgment as to all matters and any other relief deemed appropriate, including cost of suit.

---

[1] Defendant acknowledges in *Estate of Clark v. Walker*, 865 F.3d 544, 550-51 (7th Cir. 2017), the Seventh Circuit rejected qualified immunity for contractual government employees. Defendant asserts this defense to preserve it for appeal.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By: /s/ Brent J. Colbert
            Attorneys for Defendant, BROOK THOMAS

Brent J. Colbert
ARDC No. 6312563
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
bcolbert@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018, I electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana, IL  61802

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on July 12, 2018.  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Steven D. Lisle, Jr.
R40159
Pontiac Correctional Center
Inmate Mail/Parcels
Po Box 99
Pontiac, IL  61764

/s/  Brent J. Colbert

8892691